UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

            Plaintiff,

   v.

JOHN FRANCIS MCDERMOTT,

            Defendant.

Case No. 21-222 MLP

DETENTION ORDER

<u>Offenses charged</u>:

    Count 1:    Violation of Supervised Release, United States District Court for the District of Montana.

<u>Date of Detention Hearing</u>: April 14, 2021

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth and as stated on the record, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Mr. McDermott stipulated to detention.

2. Based on these findings, and for the reasons stated on the record, there are no conditions or combination of conditions other than detention that will reasonably assure the appearance of Mr. McDermott as required or ensure the safety of the

DETENTION ORDER - 1

community, pending his initial appearance in the District of Montana.

IT IS THEREFORE ORDERED:

(1) Mr. McDermott shall be detained pending initial appearance in the District of Montana and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. McDermott shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. McDermott is confined shall deliver the Mr. McDermott to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. McDermott, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 16th day of April, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2